IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 22-cv-02672-CNS-MEH | Date: January 17, 2023 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| FUTURE LEGENDS LLC<br><br>**Plaintiff** | *Jennifer Lang*<br>*David Pittinos* |
| v. | |
| QUALITE SPORTS LIGHTING LLC<br>WORTH HOLDINGS LLC<br>WORTH INVESTMENT GROUP LLC<br>WORTH CAPITAL LLC<br>**Defendants** | *Paul Albarrán via video* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 11:10 a.m.

Appearance of counsel. Defense counsel appears by video conference.

Discussion held on the validity of the contract.

Argument as to [13] Defendants' Partial Motion to Dismiss Plaintiff's Complaint given by Mr. Albarrán and Ms. Lang.

As outlined on the record it is

**ORDERED:** [13] Defendants' Partial Motion to Dismiss Plaintiff's Complaint is GRANTED in part and DENIED in part.

Parties are to confer about the validity and enforceability of the contract as well as the excessive lien claim.

**ORDERED:** **Defense is to inform the plaintiff within one week as to whether or not they agree there is a valid and enforceable contract such that the quasi contract claims and the negligence claim should be dismissed.**

**If appropriate, parties are to file a stipulation of dismissal of those claims within three weeks from today.**

Court in Recess:  12:02 p.m.          Hearing concluded.          Total time in Court:  00:52